

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Robert Lee Crow v. The State of Texas

Appellate case number:   01-21-00725-CR

Trial court case number: 15-DCR-070689

Trial court:             434th District Court of Fort Bend County

On April 12, 2022, this Court abated this matter and remanded it to the trial court for a determination of, among other things, whether appellant wishes to pursue the appeal and, if so, whether appellant's counsel has abandoned the appeal. On April 15, 2022, appellant filed a Motion to Lift Order of Abatement, asking this Court to reinstate the appeal.

Appellant's motion is **granted**. Accordingly, the Court lifts the abatement and reinstates the appeal on the active docket. Appellant's brief is due **within thirty days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date: April 21, 2022